Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**RECEIVED**
OCT 31 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
for the
EASTERN District of MISSOURI
EASTERN Division

DARNELL MURPHY
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CAPITAL ONE, N.A.
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DARNELL MURPHY
Street Address: 8624 Jo Ct.
City and County: Berkeley, St. Louis
State and Zip Code: MO 63134
Telephone Number: 314-249-5011
E-mail Address: darnell81murphy@yahoo.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: CAPITAL ONE, N.A.
- Job or Title (if known):
- Street Address: 1680 Capital One Dr.
- City and County: McLean, Fairfax
- State and Zip Code: VA 22102
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Consumer Credit Protection Act 15 USC 1601 et al
- Federal Reserve Act 12 USC 226 et al
- Federal Deposit Insurance Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* DARNELL MURPHY, is a citizen of the State of *(name)* Missouri.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation
      The defendant, *(name)* **CAPITAL One, N.A.**, is incorporated under the laws of the State of *(name)* **Virginia**, and has its principal place of business in the State of *(name)* **Virginia**.
      Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$ 3,840,000.00**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**See Attachment**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**See Attachment**

Attachment
RECEIVED
OCT 31 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

DARNELL BEY

Plaintiff

VS.

ELECTRO SAVINGS CREDIT UNION

Defendant

## CLAIM FOR BREACH OF CONTRACT

1. DARNELL MURPHY issued a security as collateral to initiate the consumer credit transaction and created the account with CAPITAL ONE and is governed by the credit card agreement.
2. CAPITAL ONE is the borrower pursuant to 12 USC section 1431, legal title holder of the account, and transacts business in this district.
3. DARNELL MURPHY is the Consumer Creditor pursuant to 15 USC section 1602, the equitable title holder of the account, and resides in this district.
4. The credit card agreement expresses each party's obligation to the account. DARNELL MURPHY must pay the amount due every billing-cycle and CAPITAL ONE, N.A. must provide monthly statements of the account and bill.
5. On (August 10, 2023) the claim titled 'letter of instructions' and an endorsed bill was received by DEFENDANT via USPS mail. The letter of instructions informed DEFENDANT that the PLAINTIFF is claiming all titles, rights, equity, and interests owed to Principal and to transfer the Principal's balance to the Principal account for set-off and completed the instructions within five business days.
6. On (August 15, 2023), five business days after receipt of the first claim, the defendant failed to honor the agreement and a second claim titled 'opportunity to cure' was mailed by USPS mail to Defendant and received on (August 21, 2023). Giving defendant an additional five business day to honor the agreement and cure their fault.
7. On (September 1, 2023), five business days after the receipt of the second claim defendant still did not honor the agreement and a third claim was sent to the Defendant title notice of Default. Defendant received notice of Default and Final notice giving Defendant a last opportunity to cure their fault to the agreement before further action is taken.
8. As of (September 1, 2023) defendant has defaulted on the agreement and has breach its fiduciary duty.
9. All of the above is evidenced by the affidavit and record here within labeled Exhibit A.
10. I pray the court grants an order in favor of the Plaintiff and against the defendant and order Defendant to honor the agreement and perform its fiduciary, and pay a civil money penalty of $3,340,000.00 to the U.S. treasury pursuant to Federal Reserve Act section 29.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/30/23

Signature of Plaintiff: *Darnell Murphy*
Printed Name of Plaintiff: DARNELL MURPHY

### B. For Attorneys

Date of signing:

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: