**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DARNELL MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 4:23-CV-1388 RWS |
| | ) |
| CAPITAL ONE, N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 15th day of February, 2024.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE